IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERI L. VOGEL, f/k/a<br>KERI L. BROWN, | )<br>)<br>) | |
| Plaintiff, | ) | 8:04CV489 |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR CREDIT CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue deadline (Filing No. 21). For good cause shown,

IT IS ORDERED that said motion is granted; defendant shall have until August 15, 2005, to file its motion for summary judgment.

DATED this 25th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court