IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERI L. VOGEL, f/k/a<br>KERI L. BROWN, | )<br>)<br>) | |
| Plaintiff, | ) | 8:04CV489 |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR CREDIT CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to respond to defendant's summary judgment motion (Filing No. 27). For good cause shown,

IT IS ORDERED that said motion is granted; plaintiff shall have until September 9, 2005, to respond to defendant's motion for summary judgment.

DATED this 6th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court