IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KERI L. VOGEL, f/k/a          )
KERI L. BROWN,                )
                              )
          Plaintiff,          )         8:04CV489
                              )
     v.                       )
                              )
FORD MOTOR CREDIT CO.,        )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's the joint stipulation and motion for dismissal (Filing No. 35). Pursuant thereto,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice.

DATED this 14th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court